JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| KARLIS RUBEN AUGUSTUS HOWARD,<br>          Petitioner,<br>     v.<br>WARDEN M. GAMBOA,<br>          Respondent. | No. 5:23-cv-02164-WLH-JDE<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the action is dismissed without prejudice.

Dated: 2/22/2024

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE